IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| Legal Aid of Nebraska, Inc. | ) | Case No. 4:19-cv-03103-CRZ |
| Plaintiff, | ) | |
| v. | ) | **AFFIDAVIT OF MARY J. BREWER** |
| Chaina Wholesale, Inc., d/b/a Deluxe Import and Amazon.com, Inc. | ) | |
| Defendants. | ) | |

STATE OF MINNESOTA ) 
) ss.
COUNTY OF HENNEPIN )

I, Mary J. Brewer, being first duly sworn, state and allege as follows:

1. That I am a paralegal employed by the firm of Yost & Baill, LLP which represents Plaintiff Legal Aid of Nebraska, Inc. in the above-referenced matter;

2. That Exhibit 1 attached hereto is a true and correct copy of a printout from May 18, 2018 from Amazon.com's website when I reviewed the website for reviews of the DLUX space heater.

3. After the date of May 18, 2018, I recall going back to the website and I was not able to find the DLUX space heater or the reviews any longer on the website.

FURTHER YOUR AFFIANT SAITH NOT.

Dated: 11-22-19

Subscribed and sworn to before me
this 22nd day of November 2019.

_____
Notary Public

YOST & BAILL, LLP

By:_____
Mary J. Brewer
2050 U.S. Bank Plaza South
220 South Sixth Street
Minneapolis, MN 55402
(612) 338-6000



KAMILAH S RIDDLEY
NOTARY PUBLIC
MINNESOTA
My Commission Expires Jan. 31, 2022

1

Amazon.com: Customer reviews:

› Customer Reviews

## Customer Reviews

**157**
3.6 out of 5 stars

| | |
|---|---|
| 5 star | 47% |
| 4 star | 20% |
| 3 star | 11% |
| 2 star | 11% |
| 1 star | 11% |

**Top positive review**
See all 106 positive reviews ›

7 people found this helpful

**Worked for what we needed and continues to impress!**
By Zodiac on December 6, 2015

I was a little skeptical buying these, but with the low energy efficiency they offered, I had to try it. I live in an older model single wide and our furnace went out for a couple months, and being and older model, it can't handle a bunch of 1500 watt heaters throughout the house and I needed at least 2 heaters. I ordered two of these, one for each bedroom to accompany the large heater in the living room so there would be heat through the entire house. These two heaters did so much better than the large

**Top critical review**
See all 51 critical reviews ›

47 people found this helpful

**These are Dangerous. They are Melting and so far ...**
By James Morris on December 31, 2015

These are Dangerous. They are Melting and so far 5 Of the 10 I purchased are unusable after 2 weeks. PLease Discontinue use if you have one of these . I would not want to see anyone lose their life. These are not UL listed and are unsafe.



LEARN MORE
DISCOVER STUDENT LOANS
©2018 Discover Bank, Member FDIC.
Ad feedback

---

| Search customer reviews | Search |
|---|---|

**SORT BY**    **FILTER BY**

| Top rated | All reviewers | All stars | Text, image, vid... |

**These are Dangerous. They are Melting and so far ...**
By James Morris on December 31, 2015
Verified Purchase

These are Dangerous. They are Melting and so far 5 Of the 10 I purchased are unusable after 2 weeks. PLease Discontinue use if you have one of these . I would not want to see anyone lose their life. These are not UL listed and are unsafe.



47 people found this helpful

| Helpful | Not Helpful |    4 comments    Report abuse

**Worked for what we needed and continues to impress!**
By Zodiac on December 6, 2015
Verified Purchase

I was a little skeptical buying these, but with the low energy efficiency they offered, I had to try it. I live in an older model single wide and our furnace went out for a couple months, and being and older model, it can't handle a bunch of 1500 watt heaters throughout the house and I needed at least 2 heaters. I ordered two of these, one for each bedroom to accompany the large heater in the living room so there would be heat through the entire house. These two heaters did so much better than the large heater I had in my living room! I am so impressed! We stayed warm until we could get our furnace fixed. Now it is fixed and I still use one of these heaters on low (400watts) in my bathroom to keep the area warm, it's the coldest room in the house and drafty, got to fix that next. Lol

7 people found this helpful

| Helpful | Not Helpful |    Comment    Report abuse

**Customers also viewed these items**


Optimus H-5511 Infrared Quartz Radiant Heater
by Optimus
$26.19
338


Dr. Infrared Heater DR-838 Family Red Ceramic Space Heater with Adjustable Thermostat
by Dr Infrared Heater
139


Optimus H-4110 9-Inch Dish Heater
by Optimus
$28.59
758


Quartz Radiant Heater Electric Portable Personal Space Energy Efficient White
by LavoHome
$26.95
21


PELONIS HC-0179 Ceramic Heater Model Energy Efficient Temperature Control Adjustable...
by PELONIS
163

Need customer service? Click here