IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LEGAL AID OF NEBRASKA, INC., <br><br> Plaintiff, <br><br> vs. <br><br> CHAINA WHOLESALE, INC., and AMAZON.COM, INC., <br><br> Defendants. | 4:19CV3103 <br><br> **ORDER TO SHOW CAUSE** |

This matter was filed by Plaintiff on October 16, 2019 ([Filing No. 1](#)). Summons was requested and returned as executed against defendant Chaina Wholesale, Inc. as of December 4, 2019. ([Filing No. 16](#)). Defendant Chaina Wholesale, Inc. has failed to file a timely answer or other responsive pleading. Plaintiff has taken no action to further progress the claims against Chaina Wholesale, Inc.

Accordingly,

IT IS ORDERED that Plaintiff shall have until January 27, 2020 to show cause why the claims against Chaina Wholesale, Inc. should not be dismissed pursuant to Federal Rule of Civil Procedure 4(m) or for want of prosecution. The failure to timely comply with this order may result in dismissal of the action against Chaina Wholesale, Inc. without further notice.

Dated this 6th day of January, 2020.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge