# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| Legal Aid of Nebraska, Inc. | ) | Case No. 4:19-cv-03103-CRZ |
| | ) | Judge Cheryl R. Zwart |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Chaina Wholesale, Inc., d/b/a | ) | |
| Deluxe Import and | ) | |
| Amazon.com, Inc. | ) | |
| Defendants. | ) | |

## PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE

The Complaint was filed with this Court on October 16, 2019. On that same date, Plaintiff initiated process through a process server who made the following attempts to serve Defendant Chaina Wholesale, Inc. ("Chaina").

1. 10/21/19  09:22 AM SUITE LOCKED AND CLOSED.  NO HOURS POSTED.
2. 10/24/19  01:17 PM LOCKED AND CLOSED. PER NEIGHBORS IN AND OUT ALL DAY.
3. 10/28/19  11:54 AM LOCKED AND CLOSED.
4. 10/29/19  04:36 PM  FORD VAN - 7M26690- SUITE LOCKED AND CLOSED.
5. 10/30/19  08:37 AM LOCKED AND CLOSED.

Thereafter, Plaintiff hired an investigator who was able to locate and effect service upon Chaina's representative, Sheila Darvish, on December 4, 2019.

Chaina/Darvish's Answer was due 21 days later, or on December 25, 2019. Rather than immediately default Chaina/Darvish, due to the holiday, Plaintiff gave extra time for

Chaina/Darvish to appear/answer. In addition, since the person served on behalf of Chaina was an individual who had attended a site inspection with an expert previously, Plaintiff was hopeful in that case that Chaina/Darvish had an insurer that would appear on their behalf, so Plaintiff gave Chaina/Darvish extra time to coordinate with that insurer.

Plaintiff is now in the process of preparing a default motion.

Dated: January 7, 2020

**YOST & BAILL, L.L.P.**
By: s/ Steven Theesfeld
Steven L. Theesfeld (#24635)
Attorney for Plaintiff
2050 US Bank Plaza South
220 South Sixth Street
Minneapolis, MN
(612) 338-6000
stheesfeld@yostbaill.com

**CERTIFICATE OF SERVICE**
The undersigned hereby certifies that on the 7th of January, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which sent notification of such filing to all CM/ECF participants.
s/Steven L. Theesfeld

2