IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

LEGAL AID OF NEBRASKA, INC.,

        Plaintiff,

vs.

AMAZON.COM, INC.,

        Defendant.

**4:19CV3103**

**ORDER**

After conferring with the parties,

IT IS ORDERED:

1) The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, is extended to September 8, 2020.

2) The deadline for filing dispositive motions addressing Defendant Amazon's legal duty to Plaintiff Legal Aid is October 8, 2020. Any party opposing such dispositive motion, if any, shall have thirty (30) days after the motion is filed to file a responsive brief. The moving party's reply brief, if any, shall be filed fourteen (14) days after the response brief.

3) The status conference scheduled for September 8, 2020 is cancelled.

4) The parties shall promptly confer and endeavor to schedule mediation, the goal being to complete that process on or before mid-September. If mediation cannot be scheduled before mid-September, the parties should consider requesting an extension of the October 8, 2020 summary judgment deadline to afford an opportunity for settlement before investing in dispositive motion practice.

5) The clerk shall set in internal case management deadline of October 8, 2020.

Dated this 31st day of July, 2020.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge