IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LEGAL AID OF NEBRASKA, INC., <br><br> Plaintiff, <br><br> vs. <br><br> AMAZON.COM, INC., <br><br> Defendant. | 4:19CV3103 <br><br> **ORDER** |

During the conference call held today, the parties advised that while preparing for mediation, they discovered a separate and pending state court action arising from the fire at issue in this case. To facilitate efforts toward a potential global settlement, they requested a stay of this case. The court agrees that staying this action at this time is appropriate and furthers the interest of securing a just, fair, and inexpensive determination of this case and perhaps also the state action.

Accordingly,

IT IS ORDERED:

1) The parties' oral motion to stay this case is granted, and all case deadlines and settings are set aside pending further court order.

2) Beginning January 4, 2021, the parties shall jointly file a report on this court's docket which explains the current status of the pending state court action. They shall file a similar report every 90 days thereafter until either the parties in both the state and federal actions are prepared for mediation or, in the alternative, the parties in this case are convinced efforts toward a joint mediation of both the state and federal actions would be futile.

Dated this 1st day of October, 2020.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge